IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FISH NET, INC., trading as THAT FISH PLACE - THAT PET PLACE, Plaintiff | : : : : | CIVIL ACTION |
| v. | : : | NO. 09-5466 |
| PROFITCENTER SOFTWARE, INC., et al., Defendants | : : : | |

**O R D E R**

**AND NOW,** this   30th   day of March, 2011, upon consideration of the defendants' motion to dismiss the amended complaint (Document #19), the response of the plaintiff thereto (Document #22), and the reply of the defendants (Document #24), it is hereby ORDERED that the motion is GRANTED in part and DENIED in part.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.