IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FISH NET, INC., trading as THAT FISH PLACE — THAT PET PLACE, Plaintiff | : : : : | CIVIL ACTION |
| v. | : : : | NO. 09-5466 |
| PROFITCENTER SOFTWARE, INC. And SYSTEMAX INC. Defendants | : : : : | |

# O R D E R

**AND NOW**, this 17th day of October, 2013, upon consideration of Defendant Systemax, Inc.'s Motion for Summary Judgment (Doc. # 77) and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

Judgment is hereby **ENTERED** in favor of Defendant Systemax, Inc. and against Plaintiff Fish Net, Inc., trading as That Fish Place — That Fish Place.

Upon consideration of Defendant ProfitCenter Software, Inc.'s Motion for Partial Summary Judgment (Doc. # 93) and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** Plaintiff's claims for lost profits and other non-direct damages are hereby stricken from the First Amended Complaint.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.